# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JAMES E. KITCHEN III
   PETITIONER/PLAINTIFF

23-1150 T

VS

INTERNAL REVENUE SERVICE
   DEFENDANT/RESPONDANT

## AUTHORIZATION FOR WITHDRAWAL OF FUNDS TO PAY THE CIVIL ACTION FILING FEE AND AFFIDAVIT OF INDIGENCE IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I James E. Kitchen III, am the plaintiff in the above entitled case and I believe I am entitled to redress. In support of my motion to proceed without being required to pre pay fees or cost or give security, I state that because of my proverty I am unable to pay the cost of said proceedings or to give security therefore. I acknowledge that, even if I am granted leave to proceed in forma Pauperis, I am liable for payment of the civil action filing fee, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and foward to the federal court (a) an initial partial filing fee for this action (20%) of the greatest of my average monthly deposits or average monthly balance for the past 6 months, which I will request to be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the Federal Court, until I have paid the full filing fee of the required amount for this action. Further, I declare that the responses which I have much below are true.

Received – USCFC
JUL 24 2023

1.

1) Are You Presently Employed? NO

2) I am not presently Employed.

3) I have not received, within the past 12 months, and money from any of the following sources:

a) Business Profession, or form of Self-employment? NO
b) Rent Payment, interest or dividens? NO
c) Pensions, annuities, or life insurance payments? NO
d) Gifts or Inheritances? NO
e) Any Other Sources? NO

I don't have any Cash or any money in any Checkings Account

4) I don't own any realestate, Stocks, bonds, Notes, automobiles, or other valuables Property or any household furnishings or Clothing.

I understand that a false statement or answer to any question in this declaration will subject me to the Penalties of Perjuries.

I declare under Penalty of Perjury that the forgoing is true and Correct

Dated: 7/10/23

James E. [signature] II